ACCEPTED
03-14-00342-CV
6230631
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 11:17:43 AM
JEFFREY D. KYLE
CLERK

# BEASLEY, HIGHTOWER & HARRIS, P.C.

## Attorneys and Counselors

KIMBERLY P. HARRIS
kharris@bhhlaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/27/2015 11:17:43 AM

JEFFREY D. KYLE
Clerk

July 27, 2015

**_Via Electronic Filing_**
Attn: Clerk of the Court
Third District of Texas Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

> Re:   Ca. No. 03-14-00342-CV; <u>Ally Financial Inc. v. William G. Houston, Sam Houston and Meera Singh a/k/a Meera Houston</u>

Dear Clerk:

Please allow this correspondence to serve as notice that Ryan Starbird is no longer employed at the office of Beasely, Hightower & Harris, P.C. Please remove Mr. Starbird as a contact in your file. All future correspondences should be directed to Kimberly P. Harris.

Thank you for your assistance in this matter. If you have any questions or concerns, please do not hesitate to contact me.

Yours truly,

Kimberly P. Harris

CJL

cc:   **_Via Regular Mail and CMRRR #7013 2630 0002 1397 1557_**
Sam Houston
1503 Liberty Oaks Blvd.
Cedar Park, Texas 78613

**_Via Regular Mail and CMRRR # 7013 2630 0002 1397 1540_**
Meera Singh
1503 Liberty Oaks Blvd.
Cedar Park, Texas 78613

---

1601 Elm Street, Suite 4350, Dallas, Texas 75201 | (214) 220-4700 Telephone | (214) 220-4747 Facsimile